DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

MARK A. KALINA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-2065

———————————————

January 17, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Chris Helinger, Judge.

PER CURIAM.

Affirmed.

SLEET, C.J., and BLACK and SMITH, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.